PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 13 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jessica Marie Gilmour         Case Number: 2:05CR02012-001

Name of Sentencing Judicial Officer: The Honorable Chief Judge Robert H. Whaley

Date of Original Sentence: 10/11/2005            Type of Supervision: Supervised Release

Original Offense: Theft of Firearm from Federally Licensed Firearm Dealer, 18 U.S.C. § 922(u); Possession of Stolen Firearms, 19 U.S.C. § 922(j)        Date Supervision Commenced: 10/11/2005

Original Sentence: Prison - 1 Months; TSR - 36 Months         Date Supervision Expires: 10/10/2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On December 6, 2005, Ms. Gilmour admitted to the U.S. Probation Office having used marijuana on November 24, 2005. She submitted a presumptive positive UA on November 28, 2005. |

### U.S. Probation Officer Action:

Ms. Gilmour was confronted on the positive test and she admitted to having used on Thanksgiving Day after her father brought the marijuana into the home. Ms. Gilmour seems to have good insight into her relapse and reported that she told her father he was no longer welcomed into her home. The defendant is early in her sobriety and supervision. She has made good progress in many areas, including enrolling in school and living independently. This relapse will be dealt with through the defendant's substance abuse treatment program and monitoring by the U.S. Probation Office.

Respectfully submitted,

by  *[signature]*

Curtis G. Hare
US Probation Officer/EM Specialist
Date: December 7, 2005

Prob12A
Re: Gilmour, Jessica Marie
December 7, 2005
Page 2

[✓] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

12/13/05
Date